On respondent Smith's motion for award of costs filed August 10, opinion at 86 Or App 678, 741 P2d 912, motion for costs denied November 18, 1987

## PHILOMATH FOREST PRODUCTS CO.,
*Petitioner,*

*v.*

## EMPLOYMENT DIVISION et al,
*Respondents.*

(86-AB-869-A, 86-AB-869; CA A41934)

745 P2d 440

David C. Force, Eugene, for motion.

Before Young, Presiding Judge, and Warren and Deits, Judges.

PER CURIAM

## PER CURIAM

Although respondent Smith prevailed at all levels in this case, costs may not be awarded against the Employment Division, because the Division did not take a position that was adverse to him. *Hoard v. Employment Division,* 82 Or App 718, 729 P2d 593 (1986). Neither may costs be awarded against petitioner, a private party. *Shetterly, Irick & Shetterly v. Emp. Div.,* 302 Or 139, 727 P2d 117 (1986).

Motion for costs denied.